1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW THUESEN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**SEALED**

**FILED**

JUL 1 2 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10
   In the Matter of the Search of:            CASE NO. 2:19-SW 0617- ___ CKD
11
12 CRAIG MARCOM, INCLUDING ANY                [PROPOSED] ORDER RE: REQUEST TO SEAL
   WIRELESS TELEPHONE HE POSSESSES,           DOCUMENTS
13 OWNS, MAINTAINS, OR OPERATES
                                              **UNDER SEAL**
14

15

16

17                              **SEALING ORDER**

18     Upon application of the United States of America and good cause having been shown,

19     IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

20 SEALED until further order of this Court.

21

22 Dated: 7/12/2019                    _____
                                       Hon. Carolyn K. Delaney
23                                     U.S. MAGISTRATE JUDGE