McGREGOR W. SCOTT
United States Attorney
MATTHEW C. THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

AUG 05 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF CRAIG MARCOM, INCLUDING ANY WIRELESS TELEPHONE HE POSSESSES, OWNS, MAINTAINS, OR OPERATES

CASE NO. 2:19-SW-617 CKD

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT MATERIALS

Upon application of the United States and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are hereby ordered, unsealed.

Dated: 8-5-19

The Honorable Deborah Barnes
UNITED STATES MAGISTRATE JUDGE